UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

              Plaintiff,

      v.

GLORIA CASTANEDA,

              Defendant.

No. CR-08-2061-EFS

**ORDER GRANTING THE GOVERNMENT'S ORAL MOTION FOR ORDER DISMISSING INDICTMENT**

Before the Court is the Government's Oral Motion for Order Dismissing Indictment. For the reasons stated on the record, leave of Court is given to dismiss the Indictment (Ct. Rec. 1); the Court, however, makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Oral Motion for Order Dismissing the Indictment is **GRANTED**.

2. The Indictment **(Ct. Rec. 1)** shall be **DISMISSED WITHOUT PREJUDICE**.

ORDER - 1

1        3.    All pending motions are **DENIED AS MOOT**.

2        **IT IS SO ORDERED.**   The District Court Executive is hereby directed

3   to enter this Order and furnish copies to counsel, the United States

4   Probation Office, and the United States Marshals.

5        DATED this ____8th____ day of July 2010.

6

7                         s/ Edward F. Shea
                         _____
                              EDWARD F. SHEA
8                        United States District Judge

9

Q:\Criminal\2008\2061.Rule48.frm

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER – 2